# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ANTHONY JOHNSON,

    Petitioner,

v.

JEFFREY UTTECHT,

    Respondent.

CASE NO. 3:16-cv-05019 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner has paid the filing fee. The undersigned denies his IFP motion as moot.

**DATED** this 18th day of April, 2016.

Ronald B. Leighton
United States District Judge

- 1