UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY JOHNSON,

    Plaintiff,

v.

JEFFREY UTTECHT,

    Defendants.

CASE NO. 16-cv-05019 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation [Dkt. #21];

(2)    The untimely habeas petition [Dkt. #8] is DISMISSED with prejudice; and

(3)    A certificate of appealability is denied.

**DATED** this 26th day of July, 2016.

Ronald B. Leighton
United States District Judge

ORDER - 1